**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the matter of the Trusteeship Created by LNR CDO IV, Ltd., and LNR CDO IV Corporation, Relating to the Issuance of Notes in the Original Aggregate Principal Amount of $1,279,038,000 | Case No. 1:13-cv-02239-UA<br><br>**Rule 7.1 Corporate Disclosure Statement** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Parties In Interest LNR CDO IV, LLC (F/K/A LNR CDO IV Corporation), LNR Partners, LLC (F/K/A LNR Partners, Inc.), LNR Securities Holdings, LLC, LNR Securities Preferred, LLC, and Diesel Ltd., in the above-captioned case makes the following disclosures:

LNR CDO IV, LLC (F/K/A LNR CDO IV Corporation) is 100% wholly owned by LNR DSHI Legacy, LLC, a privately held company. No publicly held company owns 10 percent or more of the stock of LNR CDO IV, LLC. No publicly held company owns 10 percent or more of the stock of LNR DSHI Legacy, LLC.

LNR Partners, LLC (F/K/A LNR Partners, Inc.) is 100% wholly owned by LNR REFSG Holdings, LLC, a privately held company. No publicly held company owns 10 percent or more of the stock of LNR Partners, LLC. No publicly held company owns 10 percent or more of the stock of LNR REFSG Holdings, LLC.

LNR Securities Holdings, LLC is 100% wholly owned by Leisure Colony Management LLC, a privately held company. No publicly held company owns 10 percent or more of the stock of LNR Securities Holdings, LLC. No publicly held company owns 10 percent or more of the stock of Leisure Colony Management LLC.

LNR Securities Preferred, LLC is 100% wholly owned by LNR Securities CDO Legacy, LLC, a privately held company. No publicly held company owns 10 percent or more of the stock of LNR Securities Preferred, LLC. No publicly held company owns 10 percent or more of the stock of LNR Securities CDO Legacy, LLC.

Diesel Ltd. is 100% wholly owned by LNR Property LLC, a privately held company. No publicly held company owns 10 percent or more of the stock of Diesel Ltd. No publicly held company owns 10 percent or more of the stock of LNR Property LLC.

-2-

| | |
|---|---|
| DATED:  April 11, 2013 | **PERKINS COIE LLP** |
| | By  s/ Keith W. Miller  <br>       Keith W. Miller |
| | Keith W. Miller<br>Gary F. Eisenberg<br>Shan A. Haider<br>Jalina J. Hudson<br>30 Rockefeller Plaza<br>New York, NY   10112<br>(212) 262-6900<br>keithmiller@perkinscoie.com<br>geisenberg@perkinscoie.com<br>shaider@perkinscoie.com<br>jhudson@perkinscoie.com |
| | Attorneys for Parties in Interest,<br>LNR CDO IV, LLC (f/k/a LNR CDO IV Corporation), LNR Partners, LLC (f/k/a LNR Partners, Inc.), LNR Securities Holdings, LLC, LNR Securities Preferred, LLC, and Diesel Ltd. |

LEGAL26323174.1