UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Trusteeship Created by LNR CDO IV, Ltd., and LNR CDO IV Corporation, Relating to the Issuance of Notes in the Original Aggregate Principal Amount of $1,279,038,000 | Case No. 1:13-cv-02239-UA<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Parties in Interest, LNR CDO IV, LLC (f/k/a LNR CDO IV Corporation), LNR Partners, LLC (f/k/a LNR Partners, Inc.), LNR Securities Holdings, LLC, LNR Securities Preferred, LLC, and Diesel Ltd.

DATED:  April 11, 2013

**PERKINS COIE LLP**

By    s/ Gary F. Eisenberg
      Gary F. Eisenberg

Keith W. Miller
Gary F. Eisenberg
Shan A. Haider
Jalina J. Hudson
30 Rockefeller Plaza
New York, NY   10112
(212) 262-6900
keithmiller@perkinscoie.com
geisenberg@perkinscoie.com
shaider@perkinscoie.com
jhudson@perkinscoie.com

Attorneys for Parties in Interest, LNR CDO IV, LLC (f/k/a LNR CDO IV Corporation), LNR Partners, LLC (f/k/a LNR Partners, Inc.), LNR Securities Holdings, LLC, LNR Securities Preferred, LLC, and Diesel Ltd.