UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Trusteeship Created by LNR CDO IV, Ltd., and LNR CDO IV, CORPORATION, Relating to the Issuance of Notes in the Original Aggregate Principal Amount of $1,279,038,000,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Morgan Stanley & Co.,<br><br>　　　　　　Defendant. | Case No. 1:13-cv-2239 (JSR)<br><br>ECF Case<br><br>NOTICE OF APPEARANCE OF FRANKLIN CIACCIO |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance as counsel for U.S. Bank National Association in the above captioned action. All pleadings, papers, and documents to be served upon U.S. Bank National Association shall be served upon the undersigned.

Dated: April 10, 2013

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CARTER LEDYARD & MILBURN LLP

　　　　　　　　　　　　　　　　　　By: /s/ Franklin Ciaccio
　　　　　　　　　　　　　　　　　　　　　Franklin Ciaccio

　　　　　　　　　　　　　　　　　　2 Wall Street
　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　Telephone:　212-732-3200
　　　　　　　　　　　　　　　　　　Facsimile:　212-732-3232
　　　　　　　　　　　　　　　　　　E-mail:　　　Ciaccio@clm.com

　　　　　　　　　　　　　　　　　　*Attorneys for U.S. Bank National Association, Trustee*

7187163.1