UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the matter of the Trusteeship Created by LNR CDO IV, Ltd., and LNR CDO IV, CORPORATION, Relating to the Issuance of Notes in the Original Aggregate Principal Amount of $1,279,038,000,<br><br>          Plaintiff,<br><br>v.<br><br>Morgan Stanley & Co.,<br><br>          Defendant. | Case No. 1:13-cv-2239 (JSR)<br><br>ECF Case<br><br>NOTICE OF APPEARANCE OF ALEXANDER MALYSHEV |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned counsel hereby enters an appearance as counsel for U.S. Bank National Association in the above captioned action. All pleadings, papers, and documents to be served upon U.S. Bank National Association shall be served upon the undersigned.

Dated: April 10, 2013

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By: _____
    Alexander Malyshev

2 Wall Street
New York, NY 10005
Telephone:    212-732-3200
Facsimile:    212-732-3232
E-mail:    malyshev@clm.com

*Attorneys for U.S. Bank National Association, Trustee*

7187269.1