UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the matter of the Trusteeship Created by
LNR CDO IV, Ltd. and LNR CDO IV
CORPORATION, Relating to the Issuance of
Notes in the Original Aggregate Principal Amount
of $1,279,038,000
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13-cv-2239 (JSR)

ECF CASE

**NOTICE OF APPEARANCE OF
<u>ROBYN H. FRUMKIN</u>**

**PLEASE TAKE NOTICE** that Robyn H. Frumkin of the law firm of Richards Kibbe & Orbe LLP, who is admitted to practice before this Court, hereby enters her appearance in the above-captioned matter as counsel for Defendant Morgan Stanley & Co. LLC.

Dated:  New York, New York
        April 12, 2013

RICHARDS KIBBE & ORBE LLP

By:  /s/ Robyn H. Frumkin

Robyn H. Frumkin, Esq.
One World Financial Center
New York, New York 10281
(212) 530-1800 (Telephone)
(212) 530-1801 (Facsimile)
rfrumkin@rkollp.com

*Attorneys for Morgan Stanley & Co. LLC*